Andrew J. Purdy, as a Poor Person, Respondent, v. Jonathan P. Purdy and Ida Purdy, Appellants.—Judgment affirmed, with costs, upon the opinion of Boardman, J., delivered at Special Term. The defendants have leave to withdraw their demurrer upon payment of costs of the demurrer and of the appeal within twenty days.

In the Matter of the Revocation of the Probate of the Last Will and Testament, and Codicil thereto, of Valentine Liddington, Deceased.—Per Curiam: "The court declines to consider this case because, first, it does not appear to have been settled and ordered filed as required by sections 997 and 2576 of the Code, and by General Rule No. 32. Second. This court cannot review findings of fact unless the appeal-book shows that the case contains all of the evidence, or all bearing upon the findings, which this court is asked to review." (Porter v. Smith, 107 N. Y., 531.)

In the Matter of the Judicial Accounting of Stephen S. Otis, Guardian, Appellant, v. Henry Hall Ward, Respondent.— Decree of the surrogate affirmed, with costs. Per Curiam: "This was an appeal from a decree of the surrogate of Lewis county settling the accounts of the appellant as guardian of the respondent, It was entered December 13, 1887, and determined that there was in the hands of the appellant, as such guardian, the sum of one thousand and forty-two dollars and fifty-six cents, over and above the commissions, and charges allowed him. By it the appellant was ordered to pay the respondent that sum, besides the costs allowed in the proceeding and the costs awarded on a former appeal, amounting in all to the sum of one thousand three hundred and fourteen dollars and twenty-one cents. A careful examination of the case has led us to the conclusion that the findings of the learned surrogate are abundantly sustained by the evidence. The facts found by him are, we think, amply sufficient to sustain his conclusion that there is due from the appellant to the respondent the sum of one thousand and forty-two dollars and fifty-six cents. We have been unable to discover any sufficient reason for the reversal of the decree in this case. It appears to be just, to be sustained by the evidence and to be justified by the law. We think it should be affirmed, with costs."

Thomas Lacy, Respondent, v. Sophronia A. Getman, as Executrix, Appellant. —Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Van Rensselaer Getman, as Executor, Appellant, v. Alanson B. Ingersoll and another, Respondents. — Judgment affirmed, with costs. Opinion by Follett, J.

William Campbell, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Martin, J.

William M. Smith and others, Respondents, v. Sophia Dodge, Appellant. —Judgment of the County Court of Oswego county affirmed, with costs. Opinion by Hardin, P. J.

In the Matter of the Judicial Settlement of the Accounts of Francis Buck, as Administrator of the Estate of Jonathan Buck, Deceased, Francis Buck, Administrator, Appellant, Betsey Kilts, Contestant, Respondent.— Decree of the surrogate affirmed, with costs to be paid by the appellant personally. Per Curiam: "Appeal from a surrogate's decree, made upon the final accounting of an administrator, and heard in this court upon a case which contains all the evidence. None of the exceptions to the rulings upon the reception or exclusion of evidence are challenged in the brief of the appellant. Upon what terms Francis Buck occupied the farm of the decedent (his father), was a question of fact, and the findings of the referee, confirmed by the Surrogate's Court, are not contrary to the evidence. Assuming the terms of occupancy to have been correctly found, as we must, no error was committed in charging Francis Buck with the sums which he objects to on this appeal. The decree of the Surrogate's Court is affirmed, with costs, to be paid by the appellant personally."

Savillian F. Traffarn, Appellant, v. Charles Getman, Respondent.— Judgment of the County Court reversed, and that of the Justice's Court affirmed, with costs to the appellant. Opinion by Hardin, P. J.

Henry Hilton, Respondent, v. The City of Utica, Appellant.—Per Curiam : "The court declines to consider this case, because it does not appear to have been settled and ordered filed, as required by section 997 of the Code and General Rule No. 32.

James H. Cooper, Respondent, v. Emmett G. Gannett and Margaret A. Gannett, Appellants.— Judgment of the County Court of Jefferson county and of the Justice's Court reversed, with costs. Opinion by Martin, J.

Emily Laraway, Respondent, v. Frederick Fischer and another, Appellants.— Judgment affirmed, with costs. Opinion by Martin, J.

John J. Vedder, Respondent, v. John P. Davis and Robert L. Davis, Appellants.—Judgment of the County Court of Herkimer county reversed and a new trial ordered, with costs to abide the event. Opinion by Hardin, P. J.

Calvin A. Brooks, Respondent, v. De Witt C. Greenfield, Appellant.— Judgment and order affirmed, with costs. Opinion by Follett, J

Losin A. Swarthout and another, Appellants, v. Morris R. Merchant and another, Respondents.— Motion for reargument denied; motion for leave to appeal to Court of Appeals denied.

---

FOURTH DEPARTMENT, SEPTEMBER TERM, 1888.

The Trustees and Inhabitants of the Village of Delhi, Appellant, v. William Youmans, Respondent. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Caroline C. Piper, Respondent, v. John L Hoard, Appellant.—Order reversed and motion granted so as to allow an answer served to contain the second defense in the proposed answer upon payment of the costs of the demurrer. the costs accruing in the General Term upon the demurrer, and the costs in the Court of Appeals upon the appeal and ten dollars costs of opposing the motion, and upon giving a stipulation that the testimony of Catherine Piper, heretofore taken, be read upon the trial; neither party to have costs upon this appeal. Opinion by Hardin, P. J.